Opinion by HEAD, J.

## Day v. Prince.

APPEAL from the Circuit Court of Clark.

Tried before the Hon. JOHN C. ANDERSON.

LACKLAND & WILSON, for appellant.

GEO. W. TAYLOR, *contra.*

This action was brought by the appellee, as transferee of a note executed by the appellant, to recover the amount alleged to be due on said note.

There were verdict and judgment for the plaintiff, from which the defendant appeals.

"There is no judgment found in the record to support the appeal. The judgment from which the appeal purports to have been taken, was, at the in- stance of the appellant, set aside and a new trial granted, and it now appears the cause is pending and undetermined in the court below."

The appeal is dismissed.

Opinion by BRICKELL, C. J,